# BORRELLI & ASSOCIATES

## P.L.L.C.

Attorneys and Counselors at Law

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

910 Franklin Avenue
Suite 200
Garden City, NY 11530
Tel. No. 516.248.5550
Fax No. 516.248.6027

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/2019_

November 27, 2019

*Via ECF*

The Honorable John G. Koeltl
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

12/2/19.

John G. Koeltl, U.S.D.J.

Re: *Gladstone Gordon v. General Property Management, Inc., et al.*
*Case No.: 19-cv-8107 (JGK)*

Dear Judge Koeltl:

As the Court knows, we represent Plaintiff Gladstone Gordon ("Plaintiff") in the above-referenced wage and hour action against Defendants General Property Management, Inc. and 124 West 24th Street Condominium (together as "Defendants"). On November 7, 2019, the Court granted Defendants' request for an extension of time to file their motion for summary judgment by ordering Defendants to file their motion by November 15, 2019, for Plaintiff to file his opposition to Defendants' motion by December 9, 2019, and for Defendants to file their reply by December 23, 2019. ECF 15. We write now - - with Defendants' consent - - to respectfully request an extension for Plaintiff to file his opposition until December 20, 2019, and in turn, for Defendants to file their reply by January 10, 2020. This is Plaintiff's first request for an extension of time to file his opposition to Defendants' motion.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/S/Kenneth F. St. John, Esq.
Kenneth F. St. John, Esq.
*For the Firm*

C: All Counsel of Record *via* ECF