UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

GLADSTONE GORDON,                           19-cv-8107 (JGK)

          Plaintiff,                      ORDER

- against -

GENERAL PROPERTY MANAGEMENT
ASSOCIATES, INC. & 124 WEST 24TH
STREET CONDOMINIUM,

          Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **November 6, 2020.**

SO ORDERED.

Dated:    New York, New York
          October 22, 2020

                                        /s/ John G. Koeltl
                                     John G. Koeltl
                              United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2020
```