# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

October 22, 2020

*Via ECF*
The Honorable John G. Koeltl
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Gladstone Gordon v. General Property Management, Inc., et al.*
      Case No.: 19-cv-8107 (JGK)

Dear Judge Koeltl:

We submit this correspondence to advise that Kenneth F. St. John, Esq. (KS 3542) is no longer employed with our Firm. We respectfully request that the Court remove him from the docket in this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael J. Borrelli, Esq. (MB 8533)
*For the Firm*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020

To: All Counsel *via* ECF

APPLICATION GRANTED
SO ORDERED
10/23/20
John G. Koeltl, U.S.D.J.