UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLADSTONE GORDON,

                      Plaintiff,                    Docket No.: 19-cv-8107 (JGK)

   -against-

                                                            **[PROPOSED] JUDGMENT**

GENERAL PROPERTY MANAGEMENT
ASSOCIATES, INC., and 124 WEST 24TH STREET
CONDOMINIUM,

                      Defendants.
-------------------------------------------------------------------X

      **WHEREAS**, on November 30, 2020, Defendants General Property Management Associates, Inc., and 124 West 24th Street Condominium, offered that Plaintiff Gladstone Gordon take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Sixty Thousand Dollars and Zero Cents ($60,000.00), inclusive of attorneys' fees and costs; and

      **WHEREAS,** on December 3, 2020, Plaintiff filed his Notice of Acceptance of this offer; it is

      **HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendants General Property Management Associates, Inc., and 124 West 24th Street Condominium, jointly and severally, in the sum of Sixty Thousand Dollars and Zero Cents ($60,000.00).

      SO ORDERED, on the _____ day of _____, 2020, New York, New York:

                                                        _____
                                                         The Honorable John G. Koeltl, U.S.D.J.